No. 77–6002. SKIDMORE v. NATIONAL RAILROAD ADJUST-MENT BOARD, THIRD DIVISION. C. A. 3d Cir. Certiorari denied. ▮

No. 77–6003. TYLER v. MISSOURI. C. A. 8th Cir. Certiorari denied. ▮

No. 77–6009. COONE ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 77–6020. ELLIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6022. HARRISON v. MORRIS, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 10th Cir. Certiorari denied.

No. 77–6033. CALDWELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–6049. DORAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 77–6063. OLDEN v. COMMUNITY RELEASE BOARD. C. A. 9th Cir. Certiorari denied.

No. 77–6065. RICKS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–6069. LADD v. ALASKA. Sup. Ct. Alaska. Certiorari denied. ▮

No. 77–6072. MYERS v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. ▮

No. 77–6074. TRANTINO v. HATRAK, PRISON SUPERINTEND-ENT. C. A. 3d Cir. Certiorari denied. ▮

No. 77–6077. CLARK v. MALLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.